IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CIVIL ACTION NO. 4:21-cv-146-D

| | |
|---|---|
| **JEFFREY BALLARD and SHERRY BALLARD,**<br><br>                           **Plaintiffs,**<br><br>v.<br><br>**STATE FARM FIRE AND CASUALTY COMPANY,**<br><br>                           **Defendant.** | **NOTICE OF SETTLEMENT** |

NOW COME Plaintiffs Jeffrey Ballard and Sherry Ballard and Defendant State Farm Fire and Casualty Company, and hereby give notice that the parties have reached a settlement in principle of all remaining claims in this action. The parties are in the process of preparing the necessary documentation to complete the settlement and will file a stipulation of dismissal with prejudice once the settlement has been consummated.

This the 15th day of January, 2025.

| | |
|---|---|
| /s/ REBECCA H. UGOLICK<br>NC State Bar No. 48126<br>Attorneys for Plaintiffs<br>HOWARD, STALLINGS, FROM, ATKINS, ANGELL & DAVIS, PA<br>P.O. Box 12347<br>Raleigh, NC 27605<br>PH: (919) 821-7700<br>Email: rugolick@hsfh.com | /s/ SCOTT LEWIS<br>NC State Bar No. 22167<br>DIANE K. PAPPAYLIOU<br>NC State Bar No. 50921<br>Attorneys for Defendant<br>BUTLER SNOW, LLP<br>6752 Rock Spring Road, Suite 310<br>Wilmington, NC 28405<br>PH: (910) 550-1320<br>Email: Scott.Lewis@butlersnow.com<br>Diane.Pappayliou@butlersnow.com |

# CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of filing to the following:

> Rebecca H. Ugolick
> rugolick@hsfh.com
> *Counsel for Plaintiffs*

Respectfully submitted,

> /s/ SCOTT LEWIS
> NC State Bar No. 22167
> DIANE K. PAPPAYLIOU
> NC State Bar No. 501921
> Attorney for Defendant
> BUTLER SNOW, LLP
> 6752 Rock Spring Road, Suite 310
> Wilmington, NC 28405
> PH:    (910) 550-1320
> Email:  Scott.Lewis@butlersnow.com
>             Diane.Pappayliou@butlersnow.com